Joel A. Mullin, OSB #862533
joel.mullin@stoel.com
Stephen H. Galloway, OSB #093602
stephen.galloway@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
(503) 224-3380

Antony L. Ryan (*pro hac vice* to be filed)
aryan@cravath.com
Kevin J. Orsini (*pro hac vice* to be filed)
korsini@cravath.com
Brittany L. Sukiennik (*pro hac vice* to be filed)
bsukiennik@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7416
(212) 474-1000

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAYMOND NORVELL, MIKE VALLEJO and DAVID SEGOVIA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD MARKETS, INC.,<br><br>Defendant. | Case No.<br><br>**ROBINHOOD MARKETS, INC.'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332(a), (d), 1441, 1446 and 1453, Defendant

Robinhood Markets, Inc. ("Defendant") files this Notice of Removal to remove this

putative class action, and all claims and causes of action therein, from the Circuit Court for the State of Oregon for Multnomah County, as follows:

1.      On January 28, 2021, Plaintiff Raymond Norvell ("Norvell") commenced the action entitled *Raymond Norvell v. Robinhood Markets, Inc.*, Case No. 21-CV-03338, in the Circuit Court for the State of Oregon for Multnomah County.  A true and correct copy of Plaintiff's original putative class action complaint (the "Original Complaint") is attached hereto as part of Exhibit A.

2.      On March 1, 2021, Norvell filed in the Circuit Court for the State of Oregon for Multnomah County a First Amended Complaint (the "Operative Complaint") including two additional named plaintiffs, Mike Vallejo and David Segovia, (together with Norvell, "Plaintiffs").  A true and correct copy of the Operative Complaint is attached hereto as part of Exhibit A.

3.      In the Operative Complaint, Plaintiffs allege that Defendant "misrepresented the qualities and characteristics of its financial services . . . including misrepresentations by omission" to the Plaintiffs and members of the class.  (Op. Compl. ¶ 11.)  Plaintiffs allege that, as a result of Defendant's purported conduct, Plaintiffs and members of the class "received financial services worth less than they would have been worth" absent the alleged misrepresentations, and would not have signed up for Defendant's Gold service or traded with Defendant had they known "that Robinhood did not intend to honor . . . its advertisement of unlimited trades."  (*Id.*)

4.      Pursuant to 28 U.S.C. § 1446(b), this notice of removal is being filed within thirty days of receipt by Defendant of a copy of the Original Complaint.  This

notice of removal is thus timely filed in accordance with 28 U.S.C. §§ 1446(b) and 1453(b).

5.      Defendant bases this notice of removal upon 28 U.S.C. § 1441(a), which permits defendants to remove any state court civil action over which the district courts of the United States have original jurisdiction.

6.      This Court has original jurisdiction over the Operative Complaint pursuant to 28 U.S.C. § 1332(d)(2), because the matter in controversy is a putative class action in which a member of the putative class of plaintiffs is a citizen of a State different from the Defendant; the amount in controversy exceeds $5 million, exclusive of interest and costs; and the number of putative class members is 100 or more.

7.      This action is a putative class action as defined in Federal Rule of Civil Procedure 23 and Oregon Rule of Civil Procedure 32.  The Operative Complaint is titled "Class Action Complaint for Equitable Relief," is purportedly brought on behalf of "others similarly situated," and asserts alleged harm suffered by "plaintiffs and other class members."

8.      Diversity jurisdiction as defined in 28 U.S.C. § 1332(d) exists among the putative class of plaintiffs and the Defendant.  Defendant is a corporation organized under the laws of Delaware, with its principal place of business located at 85 Willow Road, Menlo Park, California.  Accordingly, Defendant is not a citizen of the State in which the action was originally filed (Oregon).  At present, Defendant has more than 50,000 customers residing in Oregon, and it advertises its products and services throughout Oregon.  Accordingly, the putative class comprises 100 or more putative class members.

9.      The matter in controversy exceeds $5 million, exclusive of interest and costs.  Plaintiffs seek disbursements and injunctive relief pursuant to ORS 646.638 prohibiting Defendant from "continuing the unlawful practices and false advertising giving rise to this class action."  (Op. Compl. ¶ 12.)  The cost to Defendant of complying with this injunction in accordance with the sought relief would exceed $5 million.  For example, if Defendant were required to allow "unlimited trades" (*see id.* ¶ 2), it would potentially cost Defendant over $1 billion in additional clearinghouse deposit requirements.

10.     Additionally, the Operative Complaint states that "Plaintiffs and the other class members intend to request damages in an amended complaint."  (Op. Compl. ¶ 12.)  The damages recoverable pursuant to ORS 646.638 are "actual damages or statutory damages of $200, whichever is greater."  ORS 646.638(1).  As alleged in paragraph 8 above, Robinhood has over 50,000 customers in Oregon.  Therefore, the damages recoverable by the class exceed $10 million.

11.     This Court also has original jurisdiction over the Operative Complaint pursuant to 28 U.S.C. § 1332(a), which applies where (1) the action is between "citizens of different States," and (2) the amount in controversy exceeds $75,000.[1]

12.     First, there is complete diversity between the named Plaintiffs and the Defendant as defined in 28 U.S.C. § 1332(a)(1).  Defendant is a corporation organized

---

[1] To the extent Plaintiffs raise state law claims on behalf of a covered class involving a covered security, this Court further has original jurisdiction over this action pursuant to the Securities Litigation Uniform Standards Act ("SLUSA"), 15 U.S.C. §§ 77p(c) and 78bb(f)(2).

under the laws of Delaware, with its principal place of business located in California. Upon information and belief, the named Plaintiffs are all citizens of Oregon.

13.     Second, the amount in controversy is in excess of $75,000 based on the attorney's fees sought by the named Plaintiffs under ORS 646.638.  While the Operative Complaint does not expressly define the putative class, it alleges claims against Defendant arising from Robinhood's advertisements directed toward "plaintiffs and other Oregon customers."  (Op. Compl. ¶ 10.)  Further, the Operative Complaint asserts a cause of action for unlawful trade practices under ORS 646.608 and 646.638, which is available only to Oregon residents.  Defendant therefore understands the putative class in the Complaint to consist of citizens of Oregon.  As alleged in paragraph 8 above, Defendant has more than 50,000 customers utilizing its products and services in Oregon.  For an action of this size, seeking broad injunctive relief and damages, the Court may conclude that attorney's fees will exceed $75,000.

14.     Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served upon Defendant in this case are attached hereto as Exhibit A.

15.     Pursuant to 28 U.S.C. § 1446(d), Plaintiffs will be provided with written notice of the filing of this notice of removal.

16.     Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal will be filed with the Clerk of the Circuit Court for the State of Oregon for Multnomah County.

WHEREFORE, Defendant Robinhood Markets, Inc. removes this action from the Circuit Court for the State of Oregon for Multnomah County to this Court.

109962461.1 0074496-00001

DATED:  March 2, 2021.

STOEL RIVES LLP

*/s/ Stephen H. Galloway*
JOEL A. MULLIN, OSB No. 862533
joel.mullin@stoel.com
STEPHEN H. GALLOWAY, OSB No.
093602
stephen.galloway@stoel.com
Telephone:  503.224.3380


CRAVATH, SWAINE & MOORE LLP

ANTONY L. RYAN (*pro hac vice* to be filed)
aryan@cravath.com
KEVIN J. ORSINI (*pro hac vice* to be filed)
korsini@cravath.com
BRITTANY L. SUKIENNIK (*pro hac vice* to
be filed)
bsukiennik@cravath.com
Telephone:  212.474.1000
Attorneys for Defendant

- 6 -

1
2
3
4
5
6
7
8
9          IN THE CIRCUIT COURT FOR THE STATE OF OREGON
10                        FOR MULTNOMAH COUNTY
11
12

13  **RAYMOND NORVELL**          Case No. 21CV03338
    individually and on behalf
14  of others similarly situated   **SUMMONS**
15
                  Plaintiff
16
17              **vs**
18  **ROBINHOOD MARKETS, INC.**
19              Defendant
20
21
22
23  **TO:    Robinhood Money, LLC dba Robinhood Markets, Inc.**
    **c/o registered agent Incorporating Services, LTD**
24  **8130 SW Beaverton Hillsdale Hwy**
25  **Portland, Oregon 97225**
26
27
28

**SUMMONS** – Page 1 of 3

1

2 NOTICE TO DEFENDANT:

3 READ THESE PAPERS CAREFULLY!

4
5 You must "appear" in this case or the other side will win automatically. To

6 "appear" you must file with the court a legal document called a "motion" or "answer."

7 The "motion" or "answer" must be given to the court clerk or administrator within

8 30 days along with the required filing fee. It must be in proper form and have proof

9
10 of service on the plaintiff's attorney or, if the plaintiff does not have an attorney,

11 proof of service on the plaintiff.

12 If you have questions, you should see an attorney immediately. If you need

13 help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral

14
15 Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the

16 Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

17

18 February 3, 2021

19

20 /s/ Michael Fuller
   **Michael Fuller, OSB No. 09357**
21 Lead Trial Attorney for Plaintiff
22 OlsenDaines
   US Bancorp Tower
23 111 SW 5th Ave., Suite 3150
   Portland, Oregon 97204
24 michael@underdoglawyer.com
25 Direct 503-222-2000

26

27

28

**SUMMONS** – Page 2 of 3

1

2   STATE OF OREGON      )
                          ) ss:
3   County of Multnomah   )

4   I, the undersigned attorney of record for plaintiff, certify that the foregoing is an
5   exact and complete copy of the original summons in the above-entitled cause.

6

7   February 3, 2021

8

9

10                                  /s/ Michael Fuller
                                    **Michael Fuller, OSB No. 09357**
11                                  Lead Trial Attorney for Plaintiff
                                    Olsen Daines
12                                  US Bancorp Tower
13                                  111 SW 5th Ave., Suite 3150
                                    Portland, Oregon 97204
14                                  michael@underdoglawyer.com
15                                  Direct 503-222-2000

16

17   TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are
18   hereby directed to serve a true copy of this summons, together with a true copy of
     the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to
19   whom or which this summons is directed, and to make your proof of service upon a
20   document which you shall attach hereto.

21
     February 3, 2021
22

23
                                    /s/ Michael Fuller
24                                  **Michael Fuller, OSB No. 09357**
                                    Lead Trial Attorney for Plaintiff
25                                  Olsen Daines
26                                  US Bancorp Tower
                                    111 SW 5th Ave., Suite 3150
27                                  Portland, Oregon 97204
                                    michael@underdoglawyer.com
28                                  Direct 503-222-2000


     **SUMMONS** – Page 3 of 3



February 3, 2021

Robinhood Markets, Inc.
c/o Vladimir Tenev, Co-CEO
c/o Baiju Bhatt, Co-CEO
85 Willow Road
Menlo Park, CA 94025

**RE    ORCP 32 Notice**
**Raymond Norvell vs. Robinhood Markets, Inc.**
**Case No. 21CV03338**

Please see the attached cause of action for unlawful trade practices. Please provide us the identity and contact information for each putative class member, notify each member that upon request you will make the approximate compensation and remedy the alleged wrong, and cease from engaging in the practices alleged to be violative of the rights of the members.

Thank you.

Sincerely,

s/ Michael Fuller
Partner

Enclosure    Class Action Complaint

cc          Robinhood Markets, Inc.
            c/o registered agent Incorporating Services, LTD.
            8130 SW Beaverton Hillsdale Hwy
            Portland, Oregon 97225

1

2

3　　　　　IN THE CIRCUIT COURT FOR THE STATE OF OREGON

4

5　　　　　　　　　　FOR MULTNOMAH COUNTY

6

|  |  |
|---|---|
| **RAYMOND NORVELL** individually and on behalf of others similarly situated | Case No. |
| | **CLASS ACTION COMPLAINT FOR EQUITABLE RELIEF** |
| Plaintiff | Unlawful Trade Practices |
| vs | Jury Trial Requested |
| **ROBINHOOD MARKETS, INC.** | Filing Fee Authority: ORS 21.135 Not Subject to Mandatory Arbitration |
| Defendant | |

7

8

9

10

11

12

13

14

15

16　　　　　　　　　　　　　　**1.**

17　　　　　　　　**FACTUAL ALLEGATIONS**

18
　　　Robinhood is a California-based multi-billion-dollar financial services
19
corporation that advertises its mission to "provide everyone with access to the
20

21　financial markets, not just the wealthy."

22　　　In June of 2016, Robinhood advertised to Mr. Norvell that he could use its
23
services to make unlimited commission-free trades in stocks, ETFs, and options.
24
25　Based on Robinhood's advertisement, Mr. Norvell later agreed to pay \$5.00 per

26　month for Robinhood's Gold service, which he was told would "supercharge" his

27　ability to invest in stocks. On January 25, 2021, Mr. Norvell relied on Robinhood's
28
advertisement of unlimited trading to purchase stock in GameStop.

**CLASS ACTION COMPLAINT** – Page 1 of 6

1

2       Unfortunately for Mr. Norvell and thousands of other Robinhood customers,

3  Robinhood misrepresented the characteristics of its services by limiting its

4
  customers' ability to make unlimited trades. If Mr. Norvell had known that
5

6  Robinhood did not intend to make good on its advertisements of unlimited trades, he

7  would not have signed up for its $5.00 per month Gold service, and he would not

8  have used Robinhood to purchase stock in GameStop, which experienced a

9
  significant ascertainable loss due to limits placed on Mr. Norvell's ability to trade
10

11  the stock by Robinhood on January 28, 2021.

12                           **2.**

13
      The Circuit Court for the County of Multnomah in Oregon has jurisdiction
14

15  because the behavior alleged in this complaint took place in and around Multnomah

16  County and because Mr. Norvell's claim arises under the Oregon Unlawful Trade

17  Practices Act, ORS 646.638.

18
                               **3.**
19

20      This complaint's allegations are based on personal knowledge as to Mr.

21  Norvell's own behavior and are made on information and belief as to the behavior of

22  others.

23
                               **4.**
24

25      Mr. Norvell is a "person" as that term is defined at ORS 646.605(4) who used

26  Robinhood's services for personal investing.

27

28

**CLASS ACTION COMPLAINT** – Page 2 of 6

1

2                                        **5.**

3          Robinhood does regular and sustained business in Oregon and its subsidiary

4     corporations are registered with the Oregon Secretary of State.
5

6                                        **6.**

7          Robinhood is a "person" as that term is defined at ORS 646.605(4).

8                                        **7.**

9
          Robinhood regularly advertised and sold financial services to Mr. Norvell and
10

11    other Oregon customers in the course of its business.

12                                       **8.**

13         As alleged in this complaint, Robinhood misrepresented the qualities and
14
      characteristics of its financial services to Mr. Norvell and other class members,
15

16    including misrepresentations by omission. As a result, Mr. Norvell and other class

17    members received financial services worth less than they would have been worth

18    had Robinhood's representations (including misrepresentations by omission) about
19
      its financial services been accurate. Mr. Norvell and other class members would not
20

21    have signed up for Robinhood and would not have agreed to pay $5.00 per month for

22    Robinhood's Gold service and would not have agreed to trade with Robinhood had

23    they know that Robinhood did not intend to honor its advertisement of unlimited
24

25    trades. Robinhood's behavior as alleged in this complaint willfully and recklessly

26    violated ORS 646.608(1) (e), causing Mr. Norvell and other class members

27    ascertainable losses.

28


**CLASS ACTION COMPLAINT** – Page 3 of 6

**9.**

## CAUSE OF ACTION

### Unlawful Trade Practices

This claim is not a request for damages at this time, only equitable and injunctive relief. Mr. Norvell and the other class members intend to request damages in an amended complaint. As alleged in this complaint, Robinhood's behavior willfully and recklessly violated ORS 646.608, causing Mr. Norvell and other class members ascertainable losses. Under ORS 646.638 Mr. Norvell requests fees, costs, disbursements, an order requiring Robinhood to preserve all documents and information (and electronically stored information) pertaining to this case, and an injunction prohibiting Robinhood from continuing the unlawful practices and false advertising giving rise to this class action.

**10.**

### REQUEST FOR JURY TRIAL

Mr. Norvell respectfully requests a trial by a jury.

**CLASS ACTION COMPLAINT** – Page 4 of 6

**11.**

**PRAYER FOR RELIEF**

Mr. Norvell respectfully requests relief against Robinhood as sought above, and any other relief the Court may deem appropriate, and an order appointing class counsel and an order certifying this case as a class action. Mr. Norvell reserves his right and may intend to amend this complaint to bring a claim against Robinhood and its executives for punitive damages.

January 28, 2021

**RESPECTFULLY FILED,**

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly Jones, OSB No. 074217**
Of Attorneys for Plaintiff
The Law Office of Kelly Jones
kellydonovanjones@gmail.com

**CLASS ACTION COMPLAINT** – Page 5 of 6

1

2 **CERTIFICATE OF SERVICE**

3 I certify that I cause this document to be served on:

4

5 **State of Oregon**
6 **c/o Oregon Department of Justice**
**1162 Court St. NE**
7 **Salem, Oregon 97301-4096**

8

9 January 28, 2021

10

11 /s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
12 Lead Attorney for Plaintiff
OlsenDaines
13 US Bancorp Tower
14 111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
15 michael@underdoglawyer.com
Direct 503-222-2000
16

17

18

19

20

21

22

23

24

25

26

27

28

**CLASS ACTION COMPLAINT** – Page 6 of 6

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| **RAYMOND NORVELL**<br>**MIKE VALLEJO**<br>**DAVID SEGOVIA**<br>individually and on behalf<br>of others similarly situated<br><br>Plaintiffs<br><br>vs<br><br>**ROBINHOOD MARKETS, INC.**<br><br>Defendant | Case No. 21CV03338<br><br>**CLASS ACTION**<br>**COMPLAINT FOR**<br>**EQUITABLE RELIEF**<br><br>**FIRST AMENDED**<br><br>Unlawful Trade Practices<br><br>Jury Trial Requested<br>Filing Fee Authority: ORS 21.135<br>Not Subject to Mandatory Arbitration |

**1.**

**FACTUAL ALLEGATIONS**

Robinhood is a California-based multi-billion-dollar financial services corporation that advertises its mission to "provide everyone with access to the financial markets, not just the wealthy."

**CLASS ACTION COMPLAINT** – Page 1 of 9

1
2

**2.**

3
4

In June of 2016, Robinhood advertised to Mr. Norvell that he could use its

5

services to make unlimited commission-free trades in stocks, ETFs, and options.

6

Based on Robinhood's advertisement, Mr. Norvell later agreed to pay $5.00 per

7

month for Robinhood's Gold service, which he was told would "supercharge" his

8
9

ability to invest in stocks. On January 25, 2021, Mr. Norvell relied on Robinhood's

10

advertisement of unlimited trading to purchase stock in GameStop using

11

Robinhood's Gold service. Unfortunately for Mr. Norvell and thousands of other

12

Robinhood Gold service customers, Robinhood misrepresented the characteristics of

13
14

its Gold service by limiting its customers' ability to make unlimited trades. If Mr.

15

Norvell had known that Robinhood did not intend to make good on its

16

advertisements of unlimited trades, he would not have signed up for its $5.00 per

17

month Gold service, and he would not have used Robinhood to purchase stock in

18
19

GameStop, which experienced a significant loss due to limits placed on Mr. Norvell's

20

ability to trade the stock by Robinhood on January 28, 2021.

21
22
23
24
25
26
27
28

**CLASS ACTION COMPLAINT** – Page 2 of 9

**3.**

In June of 2016, Robinhood advertised to Mr. Vallejo that he could use its services to make unlimited commission-free trades in stocks, ETFs, and options. Based on Robinhood's advertisement, Mr. Vallejo later agreed to pay $5.00 per month for Robinhood's Gold service, which he was told would "supercharge" his ability to invest in stocks. On January 13, 2021, Mr. Vallejo relied on Robinhood's advertisement of unlimited trading to purchase stock in GameStop using Robinhood's Gold service. Unfortunately for Mr. Vallejo and thousands of other Robinhood Gold service customers, Robinhood misrepresented the characteristics of its Gold service by limiting its customers' ability to make unlimited trades. If Mr. Vallejo had known that Robinhood did not intend to make good on its advertisements of unlimited trades, he would not have signed up for its $5.00 per month Gold service, and he would not have used Robinhood to purchase stock in GameStop, which experienced a significant loss due to limits placed on Mr. Vallejo's ability to trade the stock by Robinhood on January 28, 2021.

**CLASS ACTION COMPLAINT** – Page 3 of 9

**4.**

In January of 2021, Robinhood advertised to Mr. Segovia that he could use its services to make unlimited commission-free trades in stocks, ETFs, and options. Based on Robinhood's advertisement, Mr. Segovia later agreed to pay $5.00 per month for Robinhood's Gold service, which he was told would "supercharge" his ability to invest in stocks. On January 27, 2021, Mr. Segovia relied on Robinhood's advertisement of unlimited trading to purchase stock in GameStop using Robinhood's Gold service. Unfortunately for Mr. Segovia and thousands of other Robinhood Gold service customers, Robinhood misrepresented the characteristics of its Gold service by limiting its customers' ability to make unlimited trades. If Mr. Segovia had known that Robinhood did not intend to make good on its advertisements of unlimited trades, he would not have signed up for its $5.00 per month Gold service, and he would not have used Robinhood to purchase stock in GameStop, which experienced a significant loss due to limits placed on Mr. Segovia's ability to trade the stock by Robinhood on January 28, 2021.

**5.**

The Circuit Court for the County of Multnomah in Oregon has jurisdiction because the behavior alleged in this complaint took place in and around Multnomah County and because plaintiffs' claim arises under the Oregon Unlawful Trade Practices Act, ORS 646.638.

**CLASS ACTION COMPLAINT** – Page 4 of 9

**6.**

This complaint's allegations are based on personal knowledge as to plaintiffs' own behavior and are made on information and belief as to the behavior of others.

**7.**

Plaintiffs are "persons" as that term is defined at ORS 646.605(4) who used Robinhood's services for personal investing.

**8.**

Robinhood does regular and sustained business in Oregon and its subsidiary corporations are registered with the Oregon Secretary of State.

**9.**

Robinhood is a "person" as that term is defined at ORS 646.605(4).

**10.**

Robinhood regularly advertised and sold financial services, including its Gold service for $5.00 per month, to plaintiffs and other Oregon customers in the course of its business.

**CLASS ACTION COMPLAINT** – Page 5 of 9

**11.**

As alleged in this complaint, Robinhood misrepresented the qualities and characteristics of its financial services and its Gold service to plaintiffs and other class members who paid $5.00 per month for Robinhood's Gold service, including misrepresentations by omission. As a result, plaintiffs and other class members received financial services worth less than they would have been worth had Robinhood's representations (including misrepresentations by omission) about its financial services been accurate, and suffered an ascertainable loss of $5.00 per month for Gold service they never would have paid and lost had they known that Robinhood would not offer unlimited trades. Plaintiffs and other class members would not have signed up for Robinhood and would not have agreed to pay $5.00 per month for Robinhood's Gold service and would not have agreed to trade with Robinhood had they know that Robinhood did not intend to honor or otherwise knew it would be unable to honor its advertisement of unlimited trades. Robinhood's behavior as alleged in this complaint willfully and recklessly violated ORS 646.608(1) (e), causing plaintiffs and other class members ascertainable losses.

**CLASS ACTION COMPLAINT** – Page 6 of 9

**12.**

**CAUSE OF ACTION**

**Unlawful Trade Practices**

This claim is not a request for damages at this time, only equitable and injunctive relief. Plaintiffs and the other class members intend to request damages in an amended complaint. As alleged in this complaint, Robinhood's behavior willfully and recklessly violated ORS 646.608, causing plaintiffs and other class members ascertainable losses. Under ORS 646.638 plaintiffs request attorney fees, costs, disbursements, an order requiring Robinhood to preserve all documents and information (and electronically stored information) pertaining to this case, and an injunction prohibiting Robinhood from continuing the unlawful practices and false advertising giving rise to this class action.

**13.**

**REQUEST FOR JURY TRIAL**

Plaintiffs respectfully request a trial by a jury.

**CLASS ACTION COMPLAINT** – Page 7 of 9

**14.**

**PRAYER FOR RELIEF**

Plaintiffs respectfully request relief against Robinhood as sought above, and any other relief the Court may deem appropriate, and an order appointing interim class counsel and an order certifying this case as a class action. Plaintiffs reserve their right and may intend to amend this complaint to bring a claim against Robinhood for punitive damages.

March 1, 2021

**RESPECTFULLY FILED,**

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly Jones, OSB No. 074217**
Of Attorneys for Plaintiffs
The Law Office of Kelly Jones
kellydonovanjones@gmail.com

**CLASS ACTION COMPLAINT** – Page 8 of 9

1
2
## CERTIFICATE OF SERVICE
3
4
I certify that I cause this document to be served on:

5
6
**State of Oregon**
**c/o Oregon Department of Justice**
7
**1162 Court St. NE**
**Salem, Oregon 97301-4096**
8
9
March 1, 2021
10
11
/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
12
Lead Attorney for Plaintiff
OlsenDaines
13
US Bancorp Tower
14
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
15
michael@underdoglawyer.com
16
Direct 503-222-2000
17
18
19
20
21
22
23
24
25
26
27
28

**CLASS ACTION COMPLAINT** – Page 9 of 9